JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUZETTE McCLURE,<br><br>        Petitioner,<br><br>      v.<br><br>MOLLY HILL,<br><br>        Respondent. | No. SA CV 17-01956-R (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed.

Dated: August 13, 2018

_____
MANUEL L. REAL
United States District Judge